AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Zachary Zurek | Telephone: | (313) 226-9100 |
| Special Agent: | Adam Christensen | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Mubasher Muhammad RIAZ

Case No.

Case: 2:23−mj−30457
Assigned To : Unassigned
Assign. Date : 11/16/2023
Description: RE: MUBASHER MUHAMMAD RIAZ (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 16 through July 27, 2023** in the county of **Washtenaw** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Posssession of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Adam Christensen, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 16, 2023

*Judge's signature*

City and state: Detroit, Michigan

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Adam Christensen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting investigations. To date, I have either conducted or participated in over 100 child exploitation investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for **Mubasher Muhammad Riaz** for violations of 18 U.S.C. §§ 2252A(a)(2) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

3. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law

enforcement agents, information gathered from investigative sources of information, and my experience, training and background as a Special Agent.

4. This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Riaz** has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

## PROBABLE CAUSE

5. On September 18, 2023, Detective Chris Rutledge of the Maumee Police Department provided information regarding the distribution of child pornography of a minor victim (hereinafter referred to as Minor Victim 1 or MV1) who is 13 years old and was at the time of the incident residing in Maumee, Ohio. Det. Rutledge was investigating another incident in which MV1 had met with an adult male to engage in sexual acts. A search warrant for MV1's Snapchat account had been obtained and review of this account showed that images of MV1 that meet the Federal definition of child pornography had been distributed to a Snapchat user with username bitcoinmuba on or about July 16, 2023.

6. Det. Rutledge obtained a search warrant for the Snapchat account bitcoinmuba and received return information for this account. Det. Rutledge provided this return information and I have reviewed. The review showed a

conversation that occurred between the Snapchat account bitcoinmuba and MV1 that started on July 16, 2023, and went through July 27, 2023.

7. During this conversation they initially talk about matching on another website called Badoo. MV1 then states that she is 13 years old. The user of bitcoinmuba initially states that he wishes she was older, but then asks for her address and then asks if she would perform oral sex on him. The user of bitcoinmuba then asks, "Let me see what that body looks like [MV1's name]," to which MV1 responds, "Like nudes?" Snapchat user bitcoinmuba then says, "Yeah just so I can get some idea can't see anything on tik tok." MV1 then sends multiple images of herself, including some that meet the Federal definition of child pornography. Between two sets of images sent, MV1 states, "Most recent ones."

8. Snapchat user bitcoinmuba and MV1 then have a discussion about having her sneak out of her house to meet him. The user of bitcoinmuba consistently talks about MV1's sexual experience during this conversation and it appears that they agree that they will meet at 1 AM the next day. Snapchat user bitcoinmuba then asks if MV1 has been with an older guy and says that he is 35. MV1 says the oldest she has been with is 23 and bitcoinmuba responds, "It's all good long as you can suck on a big dick."

9. The next day, the Snapchat user bitcoinmuba asks for MV1 to send a video of how the back of her house looks so that he can figure out what the area

looks like. MV1 replies that he should just pull up and she will come out. These messages are exchanged on or about July 17, 2023, at 9:57 PM. The next message is from the Snapchat user bitcoinmuba on July 18, 2023, at 12:07 AM which is "Alr," asking if MV1 is alright. MV1 replies on July 18, 2023, at 11:53 AM with "Mhm." Based on my training and experience, this indicates that the two met in person, and possibly engaged in sexual acts during that time.

10. Further review of the search warrant return for the Snapchat account bitcoinmuba showed that the user consistently sent adult pornography images to many other users on Snapchat. The user of the account consistently states that he is from Ann Arbor, Michigan and that his name is Mike or Riaz. He states that he lives close to a Meijer at an address located in Ypsilanti, Michigan, and provides his phone number as 734-883-XXXX. He also states that he is nearly a doctor. There are additional conversations with potential minors that are sexual in nature. The subscriber information provided for the Snapchat account bitcoinmuba showed that the phone number associated with the account is 734-883-XXXX.

11. A subpoena for the phone number, 734-883-XXXX, was served on T-Mobile on September 20, 2023. T-Mobile responded with subscriber information which showed a subscriber of Riaz Ahmed at an address in Ypsilanti, Michigan ("Mubasher Residence"). A subpoena to AT&T for IP address 99.185.58.197 during the time it was used to login to the Snapchat account bitcoinmuba was served on

4

September 20, 2023. On October 16, 2023, AT&T responded with information which showed a subscriber of **Mubasher Riaz** at the Mubasher Residence. His email is provided as medicalstudent1983**@yahoo.com.

12. Based in part on the above, a search warrant was authorized in the Eastern District of Michigan to geolocate the phone utilizing phone number 734-883-XXXX on November 9, 2023. Since November 9, 2023, and for the last month prior to that, the geolocation data has shown that the phone has consistently been in the vicinity of the Mubasher Residence, including overnight.

13. Based in part on the information provided above a search warrant for the Mubasher Residence and the person of **Mubasher Riaz** was authorized in the Eastern District of Michigan on November 14, 2023. The warrant was executed on November 16, 2023. **Riaz** and his mother were present at the residence at the time of the warrant execution. **Riaz**'s mother voluntarily agreed to be interviewed and provided **Riaz**'s number as 734-883-XXXX. **Riaz** also voluntarily agreed to be interviewed and stated that his phone number was 734-883-XXXX but denied having accessed or using the Snapchat account bitcoinmuba. After taking **Riaz** into custody and while transporting him to Detroit, **Riaz** was informed of the timing of the receipt of child pornography being in July 2023. **Riaz** did not deny having received child pornography at the time, but stated that he didn't remember, and can't remember what he did last week.

## CONCLUSION

14. Based on the foregoing, there is probable cause to believe that **Mubasher Muhammad Riaz** has received child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), and I respectfully request this Court issue a criminal complaint and arrest warrant for him.

Respectfully submitted,

Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

November 16, 2023